UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| ALEXANDER PRIEL, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:12-CV-2840 |
| | ) |
| vs. | ) |
| | ) |
| DELANOR KEMPER & ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

ALEXANDER PRIEL (Plaintiff), by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions – Voluntary Dismissal By Plaintiff Without Court Order) voluntary dismisses, without prejudice, DELANOR KEMPER & ASSOCIATES, LLC (Defendant), in this case.

Both sides to bear their own costs and expenses.

This 18th day of March, 2013.

BY:       /s/ Katharina Devanney
KATHARINA DEVANNEY
1894 Thornhill Drive
Akron, OH 44313
Phone: (330) 697-4575
Email: trina.devanney@yahoo.com

*Attorney for Plaintiff*

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
Phone: (770) 414-1002, Ext. 1012
Fax: (770) 414-9891